**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INGINIO HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) 3:16-cv-00606-MMD-VPC |
| ROMEO ARANAS et al., | ) **ORDER** |
| Defendants. | ) |

## I.    DISCUSSION

The Inmate Early Mediation Conference for this case is scheduled for January 23, 2018. (ECF No. 10). The stay has expired. (*See* ECF No. 7). The Court extends the stay through January 26, 2018. Defendants shall file their status report on or before January 26, 2018.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that Defendants shall file their status report on or before January 26, 2018.

DATED: This _10_ day of January, 2018.

United States Magistrate Judge